| H-E-B, LP | Pay Group: | 015-Dallas/Fort Worth | Business Unit: | LSTRS |
|---|---|---|---|---|
| 646 S. Flores | Pay Begin Date: | 03-16-2026 | Advice #: | 000000098618420 |
| San Antonio, TX 78204 | Pay End Date: | 03-22-2026 | Advice Date: | 03-26-2026 |

| **Maria Teresa Rodriguez** | Employee ID: | 1214649 | **TAX DATA:** | **Federal** | **TX State** |
|---|---|---|---|---|---|
| 1920 W Tarrant Rd | Department: | 00653A50-CM Dallas 02 Prepless - Juice | Marital Status: | Single | N/A |
| 83B | Location: | Dallas02 CM-Preston/Royal | Allowances: | 0 | 0 |
| Grand Prairie, TX 75050 | Job Title: | Production Lead I | Addl. Percent: | N/A | |
| | Pay Rate: | $26.647500 | Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | 
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Night Premium | 1.000000 | 3.98 | 3.98 | 13.80 | 13.80 |
| Overtime | 40.010000 | 0.67 | 26.81 | 1.12 | 44.80 |
| Regular | 26.647500 | 40.00 | 1,065.90 | 415.27 | 11,065.89 |
| Awards/Prizes | | | | | 21.33 |
| Disaster Pay to Schedule | | | | 6.00 | 159.88 |
| Company Hol Adjustments | | | | -8.00 | 0.00 |
| Company Holiday | | | | 17.57 | 468.19 |
| Holiday Overtime | | | | 8.12 | 108.19 |
| Partner Holiday | | | | 1.53 | 40.77 |
| Vacation | | | | 41.37 | 1,102.43 |
| TOTAL: | | 44.65 | 1,096.69 | 496.78 | 13,010.28 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 94.25 | 1,116.90 |
| Fed MED/EE | 14.05 | 166.71 |
| Fed OASDI/EE | 60.10 | 712.83 |
| Total: | 168.40 | 1,996.44 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 11.17 | 134.04 |
| Health Care Acct | 48.08 | 576.96 |
| Medical | 64.80 | 777.60 |
| Vision | 4.66 | 55.92 |
| **Total:** | **128.71** | **1,544.52** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 98.70 | 1,170.36 |
| S&R Loan | 34.99 | 419.88 |
| Basic Life | 1.38 | 16.56 |
| **Total:** | **135.07** | **1,606.80** |

## YTD ENTITLEMENTS

| Description | | | | Available |
|---|---|---|---|---|
| Carryover | Earned | Taken | Adjustments | Balance |
| Vacation | | | | |
| 20.00 | 120.00 | 41.37 | 0.00 | 98.63 |
| Medbank | | | | |
| | | | | 39.14 |
| Partner Holiday | | | | |
| 1.53 | 24.00 | 1.53 | 0.00 | 24.00 |
| Company Holiday | | | | |
| 24.72 | 8.00 | 17.57 | -8.00 | 7.15 |
| Emergency Medbank | | | | |
| 20.00 | 20.00 | 0.00 | 0.00 | 40.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,096.69 | 969.36 | 168.40 | 262.40 | 665.89 |
| YTD | 13,010.28 | 11,497.32 | 1,996.44 | 3,134.76 | 7,879.08 |

## NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000098618420 | 66.59 |
| | 599.30 |
| **Total:** | **665.89** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

| H-E-B, LP | Pay Group: | 015-Dallas/Fort Worth | Business Unit: | LSTRS |
|---|---|---|---|---|
| 646 S. Flores | Pay Begin Date: | 03-09-2026 | Advice #: | 000000098466143 |
| San Antonio, TX 78204 | Pay End Date: | 03-15-2026 | Advice Date: | 03-19-2026 |

| Maria Teresa Rodriguez | Employee ID: | 1214649 | TAX DATA: | Federal | TX State |
|---|---|---|---|---|---|
| 1920 W Tarrant Rd | Department: | 00653A50-CM Dallas 02 Prepless - Juice | Marital Status: | Single | N/A |
| 83B | Location: | Dallas02 CM-Preston/Royal | Allowances: | 0 | 0 |
| Grand Prairie, TX 75050 | Job Title: | Production Lead I | Addl. Percent: | N/A | |
| | Pay Rate: | $26.647500 | Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Company Holiday | 26.647500 | 8.50 | 226.50 | 17.57 | 468.19 | Fed Withholding | 90.14 | 1,022.65 |
| Regular | 26.647500 | 31.37 | 835.93 | 375.27 | 9,999.99 | Fed MED/EE | 13.56 | 152.66 |
| Awards/Prizes | | | | | 21.33 | Fed OASDI/EE | 57.97 | 652.73 |
| Disaster Pay to Schedule | | | | 6.00 | 159.88 | | | |
| Company Hol Adjustments | | | | -8.00 | 0.00 | | | |
| Holiday Overtime | | | | 8.12 | 108.19 | | | |
| Night Premium | | | | 9.82 | 9.82 | | | |
| Overtime | | | | 0.45 | 17.99 | | | |
| Partner Holiday | | | | 1.53 | 40.77 | | | |
| Vacation | | | | 41.37 | 1,102.43 | | | |
| TOTAL: | | 39.87 | 1,062.43 | 452.13 | 11,913.59 | Total: | 161.67 | 1,828.04 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / YTD ENTITLEMENTS

| Description | Current | YTD | Description | Current | YTD | Description | | | | Available |
|---|---|---|---|---|---|---|---|---|---|---|
| Dental | 11.17 | 122.87 | Roth 401k | 95.62 | 1,071.66 | Carryover | Earned | Taken | Adjustments | Balance |
| Health Care Acct | 48.08 | 528.88 | S&R Loan | 34.99 | 384.89 | Vacation | | | | |
| Medical | 64.80 | 712.80 | Basic Life | 1.38 | 15.18 | 20.00 | 120.00 | 41.37 | 0.00 | 98.63 |
| Vision | 4.66 | 51.26 | | | | Medbank | | | | |
| | | | | | | | | | | 38.37 |
| | | | | | | Partner Holiday | | | | |
| | | | | | | 1.53 | 24.00 | 1.53 | 0.00 | 24.00 |
| | | | | | | Company Holiday | | | | |
| | | | | | | 24.72 | 8.00 | 17.57 | -8.00 | 7.15 |
| | | | | | | Emergency Medbank | | | | |
| | | | | | | 20.00 | 20.00 | 0.00 | 0.00 | 40.00 |
| Total: | 128.71 | 1,415.81 | Total: | 131.99 | 1,471.73 | | | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,062.43 | 935.10 | 161.67 | 259.32 | 641.44 |
| YTD | 11,913.59 | 10,527.96 | 1,828.04 | 2,872.36 | 7,213.19 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000098466143 | 64.14 |
| | 577.30 |
| Total: | 641.44 |

| H-E-B, LP | Pay Group: | 015-Dallas/Fort Worth | Business Unit: | LSTRS |
|---|---|---|---|---|
| 646 S. Flores | Pay Begin Date: | 03-02-2026 | Advice #: | 000000098320106 |
| San Antonio, TX 78204 | Pay End Date: | 03-08-2026 | Advice Date: | 03-12-2026 |

| **Maria Teresa Rodriguez** | Employee ID: | 1214649 | **TAX DATA:** | **Federal** | **TX State** |
|---|---|---|---|---|---|
| 1920 W Tarrant Rd | Department: | 00055A50-CM Southlake Prepless - Juice | Marital Status: | Single | N/A |
| 83B | Location: | Southlake CM-Carroll/Southlake | Allowances: | 0 | 0 |
| Grand Prairie, TX 75050 | Job Title: | Production Lead I | Addl. Percent: | N/A | |
| | Pay Rate: | $26.647500 | Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Company Holiday | 26.647500 | 9.07 | 241.69 | 9.07 | 241.69 | Fed Withholding | 90.55 | 927.82 |
| Partner Holiday | 26.647500 | 0.53 | 14.12 | 1.53 | 40.77 | Fed MED/EE | 13.61 | 138.79 |
| Regular | 26.647500 | 30.40 | 810.08 | 343.90 | 9,164.06 | Fed OASDI/EE | 58.19 | 593.43 |
| Disaster Pay to Schedule | | | | 6.00 | 159.88 | | | |
| Company Hol Adjustments | | | | -8.00 | 0.00 | | | |
| Holiday Overtime | | | | 8.12 | 108.19 | | | |
| Night Premium | | | | 9.82 | 9.82 | | | |
| Overtime | | | | 0.45 | 17.99 | | | |
| Vacation | | | | 41.37 | 1,102.43 | | | |
| TOTAL: | | 40.00 | 1,065.89 | 412.26 | 10,844.83 | Total: | 162.35 | 1,660.04 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / YTD ENTITLEMENTS

| Description | Current | YTD | Description | Current | YTD | Description | | | | Available |
|---|---|---|---|---|---|---|---|---|---|---|
| Dental | 11.17 | 111.70 | Roth 401k | 95.93 | 976.04 | Carryover | Earned | Taken | Adjustments | Balance |
| Health Care Acct | 48.08 | 480.80 | S&R Loan | 34.99 | 349.90 | Vacation | | | | |
| Medical | 64.80 | 648.00 | Basic Life | 1.38 | 13.80 | 20.00 | 120.00 | 41.37 | 0.00 | 98.63 |
| Vision | 4.66 | 46.60 | | | | Medbank | | | | |
| | | | | | | | | | | 37.60 |
| | | | | | | Partner Holiday | | | | |
| | | | | | | 1.53 | 24.00 | 1.53 | 0.00 | 24.00 |
| | | | | | | Company Holiday | | | | |
| | | | | | | 24.72 | 8.00 | 9.07 | -8.00 | 15.65 |
| | | | | | | Emergency Medbank | | | | |
| | | | | | | 20.00 | 20.00 | 0.00 | 0.00 | 40.00 |
| **Total:** | **128.71** | **1,287.10** | **Total:** | **132.30** | **1,339.74** | | | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,065.89 | 938.56 | 162.35 | 259.63 | 643.91 |
| YTD | 10,844.83 | 9,571.53 | 1,660.04 | 2,613.04 | 6,571.75 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000098320106 | 64.39 |
| | 579.52 |
| **Total:** | **643.91** |

| H-E-B, LP | Pay Group: | 015-Dallas/Fort Worth | Business Unit: | LSTRS |
|---|---|---|---|---|
| 646 S. Flores | Pay Begin Date: | 02-23-2026 | Advice #: | **000000098179138** |
| San Antonio, TX 78204 | Pay End Date: | 03-01-2026 | Advice Date: | 03-05-2026 |

| **Maria Teresa Rodriguez** | Employee ID: | 1214649 | **TAX DATA:** | **Federal** | **TX State** |
|---|---|---|---|---|---|
| 1920 W Tarrant Rd | Department: | 00055A50-CM Southlake Prepless - Juice | Marital Status: | Single | N/A |
| 83B | Location: | Southlake CM-Carroll/Southlake | Allowances: | 0 | 0 |
| Grand Prairie, TX 75050 | Job Title: | Production Lead I | Addl. Percent: | N/A | |
| | Pay Rate: | $26.647500 | Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Night Premium | 1.000000 | 0.02 | 0.02 | 9.82 | 9.82 | Fed Withholding | 92.71 | 837.27 |
| Overtime | 39.980000 | 0.45 | 17.99 | 0.45 | 17.99 | Fed MED/EE | 13.87 | 125.18 |
| Regular | 26.647500 | 40.00 | 1,065.90 | 313.50 | 8,353.98 | Fed OASDI/EE | 59.30 | 535.24 |
| Disaster Pay to Schedule | | | | 6.00 | 159.88 | | | |
| Company Hol Adjustments | | | | -8.00 | 0.00 | | | |
| Holiday Overtime | | | | 8.12 | 108.19 | | | |
| Partner Holiday | | | | 1.00 | 26.65 | | | |
| Vacation | | | | 41.37 | 1,102.43 | | | |
| TOTAL: | | 40.47 | 1,083.91 | 372.26 | 9,778.94 | Total: | 165.88 | 1,497.69 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | YTD ENTITLEMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | | | | Available |
| Dental | 11.17 | 100.53 | Roth 401k | 97.55 | 880.11 | Carryover | Earned | Taken | Adjustments | Balance |
| Health Care Acct | 48.08 | 432.72 | S&R Loan | 34.99 | 314.91 | Vacation | | | | |
| Medical | 64.80 | 583.20 | Basic Life | 1.38 | 12.42 | 20.00 | 120.00 | 41.37 | 0.00 | 98.63 |
| Vision | 4.66 | 41.94 | | | | Medbank | | | | |
| | | | | | | | | | | 36.83 |
| | | | | | | Partner Holiday | | | | |
| | | | | | | 1.53 | 24.00 | 1.00 | 0.00 | 24.53 |
| | | | | | | Company Holiday | | | | |
| | | | | | | 24.72 | 8.00 | 0.00 | -8.00 | 24.72 |
| | | | | | | Emergency Medbank | | | | |
| | | | | | | 20.00 | 20.00 | 0.00 | 0.00 | 40.00 |
| **Total:** | **128.71** | **1,158.39** | **Total:** | **133.92** | **1,207.44** | | | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,083.91 | 956.58 | 165.88 | 261.25 | 656.78 |
| YTD | 9,778.94 | 8,632.97 | 1,497.69 | 2,353.41 | 5,927.84 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #000000098179138 | 65.68 |
| | 591.10 |
| **Total:** | **656.78** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

| H-E-B, LP<br>646 S. Flores<br>San Antonio, TX  78204 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 015-Dallas/Fort Worth<br>02-16-2026<br>02-22-2026 | Business Unit:<br>Advice #:<br>Advice Date: | LSTRS<br>000000098038181<br>02-26-2026 |
|---|---|---|---|---|

| **Maria Teresa Rodriguez**<br>1920 W Tarrant Rd<br>83B<br>Grand Prairie, TX  75050 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 1214649<br>00055A50-CM Southlake Prepless - Juice<br>Southlake CM-Carroll/Southlake<br>Production Lead I<br>$26.647500 |
|---|---|---|

| TAX DATA: | Federal | TX State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Night Premium | 1.000000 | 0.20 | 0.20 | 9.80 | 9.80 | Fed Withholding | 89.20 | 744.56 |
| Partner Holiday | 26.647500 | 1.00 | 26.65 | 1.00 | 26.65 | Fed MED/EE | 13.45 | 111.31 |
| Regular | 26.647500 | 38.57 | 1,027.79 | 273.50 | 7,288.08 | Fed OASDI/EE | 57.50 | 475.94 |
| Disaster Pay to Schedule | | | | 6.00 | 159.88 | | | |
| Company Hol Adjustments | | | | -8.00 | 0.00 | | | |
| Holiday Overtime | | | | 8.12 | 108.19 | | | |
| Vacation | | | | 41.37 | 1,102.43 | | | |
| TOTAL: | | 39.77 | 1,054.64 | 331.79 | 8,695.03 | Total: | 160.15 | 1,331.81 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 11.17 | 89.36 |
| Health Care Acct | 48.08 | 384.64 |
| Medical | 64.80 | 518.40 |
| Vision | 4.66 | 37.28 |
| **Total:** | **128.71** | **1,029.68** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 94.92 | 782.56 |
| S&R Loan | 34.99 | 279.92 |
| Basic Life | 1.38 | 11.04 |
| **Total:** | **131.29** | **1,073.52** |

## YTD ENTITLEMENTS

| Description | | | | Available |
|---|---|---|---|---|
| Carryover | Earned | Taken | Adjustments | Balance |
| Vacation | | | | |
| 20.00 | 120.00 | 41.37 | 0.00 | 98.63 |
| Medbank | | | | |
| | | | | 36.06 |
| Partner Holiday | | | | |
| 1.53 | 24.00 | 1.00 | 0.00 | 24.53 |
| Company Holiday | | | | |
| 24.72 | 8.00 | 0.00 | -8.00 | 24.72 |
| Emergency Medbank | | | | |
| 20.00 | 20.00 | 0.00 | 0.00 | 40.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,054.64 | 927.31 | 160.15 | 258.62 | 635.87 |
| YTD | 8,695.03 | 7,676.39 | 1,331.81 | 2,092.16 | 5,271.06 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000098038181 | 63.59 |
| | 572.28 |
| **Total:** | **635.87** |

| H-E-B, LP | | Pay Group: | 015-Dallas/Fort Worth | | | Business Unit: | LSTRS | |
|---|---|---|---|---|---|---|---|---|
| 646 S. Flores | | Pay Begin Date: | 02-10-2025 | | | Advice #: | 000000090514217 | |
| San Antonio, TX 78204 | | Pay End Date: | 02-16-2025 | | | Advice Date: | 02-20-2025 | |

| Maria Teresa Rodriguez | Employee ID: | 1214649 | | TAX DATA: | | Federal | TX State |
|---|---|---|---|---|---|---|---|
| 1920 W Tarrant Rd | Department: | 00055A50-CM Southlake Prepless - Juice | | Marital Status: | | Single | N/A |
| 83B | Location: | Southlake CM-Carroll/Southlake | | Allowances: | | 0 | 0 |
| Grand Prairie, TX 75050 | Job Title: | Production Lead I | | Addl. Percent: | | N/A | |
| | Pay Rate: | $25.500000 | | Addl. Amount: | | | |

## HOURS AND EARNINGS

| | | ----- Current ----- | | ----- YTD ----- | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 25.500000 | 39.08 | 996.54 | 283.06 | 7,218.04 | Fed Withholdng | 86.32 | 762.45 |
| Company Holiday | | | | 32.00 | 816.00 | Fed MED/EE | 12.77 | 110.20 |
| Holiday Overtime | | | | 16.20 | 206.55 | Fed OASDI/EE | 54.60 | 471.21 |
| Night Premium | | | | 0.16 | 0.16 | | | |
| Overtime | | | | 0.85 | 32.51 | | | |
| Partner Holiday | | | | 1.97 | 50.24 | | | |
| Vacation | | | | 8.00 | 204.00 | | | |
| TOTAL: | | 39.08 | 996.54 | 342.24 | 8,527.50 | Total: | 153.69 | 1,343.86 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | YTD ENTITLEMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | | | | Available |
| Dental | 11.06 | 88.48 | Roth 401k | 89.69 | 702.30 | Carryover | Earned | Taken | Adjustments | Balance |
| Health Care Acct | 37.73 | 301.84 | S&R Loan | 34.99 | 279.92 | Vacation | | | | |
| Medical | 63.96 | 511.68 | Basic Life | 1.31 | 10.48 | 0.00 | 80.00 | 8.00 | 0.00 | 72.00 |
| Vision | 4.47 | 35.76 | | | | Medbank | | | | 39.67 |
| | | | | | | Partner Holiday | | | | |
| | | | | | | 9.00 | 24.00 | 1.97 | 0.00 | 31.03 |
| | | | | | | Company Holiday | | | | |
| | | | | | | 56.00 | 8.00 | 32.00 | 0.00 | 32.00 |
| | | | | | | Emergency Medbank | | | | |
| | | | | | | 20.00 | 20.00 | 0.00 | 0.00 | 40.00 |
| Total: | 117.22 | 937.76 | Total: | 125.99 | 992.70 | | | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current | 996.54 | 880.63 | 153.69 | | 241.90 | 600.95 |
| YTD | 8,527.50 | 7,600.22 | 1,343.86 | | 1,919.98 | 5,263.66 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #000000090514217 | 60.10 |
| | 540.85 |
| Total: | 600.95 |

| H-E-B, LP<br>646 S. Flores<br>San Antonio, TX  78204 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | 015-Dallas/Fort Worth<br>02-02-2026<br>02-08-2026 | Business Unit:<br>Advice #:<br>Advice Date: | LSTRS<br>000000097755454<br>02-12-2026 |

| **Maria Teresa Rodriguez**<br>1920 W Tarrant Rd<br>83B<br>Grand Prairie, TX  75050 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 1214649<br>00055A50-CM Southlake Prepless - Juice<br>Southlake CM-Carroll/Southlake<br>Production Lead I<br>$26.647500 |

| TAX DATA: | Federal | TX State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | ----------------- Current ------------------ | | ---------- YTD ------------- | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Night Premium | 1.000000 | 2.82 | 2.82 | 8.35 | 8.35 |
| Regular | 26.647500 | 34.78 | 926.80 | 196.98 | 5,249.02 |
| Vacation | 26.647500 | 10.00 | 266.48 | 41.37 | 1,102.43 |
| Disaster Pay to Schedule | | | | 6.00 | 159.88 |
| Company Hol Adjustments | | | | -8.00 | 0.00 |
| Holiday Overtime | | | | 8.12 | 108.19 |
| TOTAL: | | 47.60 | 1,196.10 | 252.82 | 6,627.87 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 106.18 | 571.21 |
| Fed MED/EE | 15.50 | 85.03 |
| Fed OASDI/EE | 66.26 | 363.56 |
| Total: | 187.94 | 1,019.80 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 11.17 | 67.02 |
| Health Care Acct | 48.08 | 288.48 |
| Medical | 64.80 | 388.80 |
| Vision | 4.66 | 27.96 |
| Total: | 128.71 | 772.26 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 107.65 | 596.51 |
| S&R Loan | 34.99 | 209.94 |
| Basic Life | 1.38 | 8.28 |
| Total: | 144.02 | 814.73 |

## YTD ENTITLEMENTS

| Description | | | | Available |
|---|---|---|---|---|
| Carryover | Earned | Taken | Adjustments | Balance |
| Vacation | | | | |
| 20.00 | 120.00 | 41.37 | 0.00 | 98.63 |
| Medbank | | | | |
| | | | | 34.57 |
| Partner Holiday | | | | |
| 1.53 | 24.00 | 0.00 | 0.00 | 25.53 |
| Company Holiday | | | | |
| 24.72 | 8.00 | 0.00 | -8.00 | 24.72 |
| Emergency Medbank | | | | |
| 20.00 | 20.00 | 0.00 | 0.00 | 40.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,196.10 | 1,068.77 | 187.94 | 271.35 | 736.81 |
| YTD | 6,627.87 | 5,863.89 | 1,019.80 | 1,578.71 | 4,029.36 |

## NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000097755454 | 73.68 |
| | 663.13 |
| **Total:** | **736.81** |

| H-E-B, LP | Pay Group: | 015-Dallas/Fort Worth | Business Unit: | LSTRS |
|---|---|---|---|---|
| 646 S. Flores | Pay Begin Date: | 01-26-2026 | Advice #: | **000000097595910** |
| San Antonio, TX  78204 | Pay End Date: | 02-01-2026 | Advice Date: | 02-05-2026 |

| **Maria Teresa Rodriguez** | Employee ID: | 1214649 | TAX DATA: | **Federal** | **TX State** |
|---|---|---|---|---|---|
| 1920 W Tarrant Rd | Department: | 00055A50-CM Southlake Prepless - Juice | Marital Status: | Single | N/A |
| 83B | Location: | Southlake CM-Carroll/Southlake | Allowances: | 0 | 0 |
| Grand Prairie, TX  75050 | Job Title: | Production Lead I | Addl. Percent: | N/A | |
| | Pay Rate: | $26.647500 | Addl. Amount: | | |

### HOURS AND EARNINGS

| | | ---------------- Current ------------------ | | ---------- YTD ------------ | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Night Premium | 1.000000 | 2.07 | 2.07 | 5.53 | 5.53 | Fed Withholding | 90.80 | 465.03 |
| Regular | 26.647500 | 18.63 | 496.44 | 162.20 | 4,322.22 | Fed MED/EE | 13.64 | 69.53 |
| Vacation | 26.647500 | 18.37 | 489.52 | 31.37 | 835.95 | Fed OASDI/EE | 58.32 | 297.30 |
| Disaster Pay to Schedule | 26.647500 | 3.00 | 79.94 | 6.00 | 159.88 | | | |
| Company Hol Adjustments | | | | -8.00 | 0.00 | | | |
| Holiday Overtime | | | | 8.12 | 108.19 | | | |
| TOTAL: | | 42.07 | 1,067.97 | 205.22 | 5,431.77 | Total: | 162.76 | 831.86 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / YTD ENTITLEMENTS

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | YTD ENTITLEMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | | | | Available |
| Dental | 11.17 | 55.85 | Roth 401k | 96.12 | 488.86 | Carryover | Earned | Taken | Adjustments | Balance |
| Health Care Acct | 48.08 | 240.40 | S&R Loan | 34.99 | 174.95 | Vacation | | | | |
| Medical | 64.80 | 324.00 | Basic Life | 1.38 | 6.90 | 20.00 | 120.00 | 31.37 | 0.00 | 108.63 |
| Vision | 4.66 | 23.30 | | | | Medbank | | | | |
| | | | | | | | | | | 33.71 |
| | | | | | | Partner Holiday | | | | |
| | | | | | | 1.53 | 24.00 | 0.00 | 0.00 | 25.53 |
| | | | | | | Company Holiday | | | | |
| | | | | | | 24.72 | 8.00 | 0.00 | -8.00 | 24.72 |
| | | | | | | Emergency Medbank | | | | |
| | | | | | | 20.00 | 20.00 | 0.00 | 0.00 | 40.00 |
| **Total:** | **128.71** | **643.55** | **Total:** | **132.49** | **670.71** | | | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,067.97 | 940.64 | 162.76 | 259.82 | 645.39 |
| YTD | 5,431.77 | 4,795.12 | 831.86 | 1,307.36 | 3,292.55 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #000000097595910 | 64.54 |
| | 580.85 |
| **Total:** | **645.39** |

| H-E-B, LP | Pay Group: | 015-Dallas/Fort Worth | Business Unit: | LSTRS |
|-----------|-----------|----------------------|----------------|-------|
| 646 S. Flores | Pay Begin Date: | 01-19-2026 | Advice #: | 000000097454694 |
| San Antonio, TX  78204 | Pay End Date: | 01-25-2026 | Advice Date: | 01-29-2026 |

| **Maria Teresa Rodriguez** | Employee ID: | 1214649 | | **TAX DATA:** | **Federal** | **TX State** |
|---|---|---|---|---|---|---|
| 1920 W Tarrant Rd | Department: | 00055A50-CM Southlake Prepless - Juice | | Marital Status: | Single | N/A |
| 83B | Location: | Southlake CM-Carroll/Southlake | | Allowances: | 0 | 0 |
| Grand Prairie, TX  75050 | Job Title: | Production Lead I | | Addl. Percent: | N/A | |
| | Pay Rate: | $26.647500 | | Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Night Premium | 1.000000 | 2.07 | 2.07 | 3.46 | 3.46 | Fed Withholding | 90.80 | 374.23 |
| Regular | 26.647500 | 35.25 | 939.32 | 143.57 | 3,825.78 | Fed MED/EE | 13.64 | 55.89 |
| Vacation | 26.647500 | 1.75 | 46.64 | 13.00 | 346.43 | Fed OASDI/EE | 58.32 | 238.98 |
| Disaster Pay to Schedule | 26.647500 | 3.00 | 79.94 | 3.00 | 79.94 | | | |
| Company Hol Adjustments | | | | -8.00 | 0.00 | | | |
| Holiday Overtime | | | | 8.12 | 108.19 | | | |
| TOTAL: | | 42.07 | 1,067.97 | 163.15 | 4,363.80 | Total: | 162.76 | 669.10 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | YTD ENTITLEMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | | | | Available |
| Dental | 11.17 | 44.68 | Roth 401k | 96.12 | 392.74 | Carryover | Earned | Taken | Adjustments | Balance |
| Health Care Acct | 48.08 | 192.32 | S&R Loan | 34.99 | 139.96 | Vacation | | | | |
| Medical | 64.80 | 259.20 | Basic Life | 1.38 | 5.52 | 20.00 | 120.00 | 13.00 | 0.00 | 127.00 |
| Vision | 4.66 | 18.64 | | | | Medbank | | | | |
| | | | | | | | | | | 32.94 |
| | | | | | | Partner Holiday | | | | |
| | | | | | | 1.53 | 24.00 | 0.00 | 0.00 | 25.53 |
| | | | | | | Company Holiday | | | | |
| | | | | | | 24.72 | 8.00 | 0.00 | -8.00 | 24.72 |
| | | | | | | Emergency Medbank | | | | |
| | | | | | | 20.00 | 20.00 | 0.00 | 0.00 | 40.00 |
| Total: | 128.71 | 514.84 | Total: | 132.49 | 538.22 | | | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,067.97 | 940.64 | 162.76 | 259.82 | 645.39 |
| YTD | 4,363.80 | 3,854.48 | 669.10 | 1,047.54 | 2,647.16 |

| NET PAY DISTRIBUTION | |
|---|---|
| Advice #000000097454694 | 64.54 |
| | 580.85 |
| **Total:** | **645.39** |

| H-E-B, LP | Pay Group: | 015-Dallas/Fort Worth | Business Unit: | LSTRS |
|---|---|---|---|---|
| 646 S. Flores | Pay Begin Date: | 01-12-2026 | Advice #: | **000000097313592** |
| San Antonio, TX 78204 | Pay End Date: | 01-18-2026 | Advice Date: | 01-22-2026 |

| **Maria Teresa Rodriguez** | Employee ID: | 1214649 | **TAX DATA:** | **Federal** | **TX State** |
|---|---|---|---|---|---|
| 1920 W Tarrant Rd | Department: | 00055A50-CM Southlake Prepless - Juice | Marital Status: | Single | N/A |
| 83B | Location: | Southlake CM-Carroll/Southlake | Allowances: | 0 | 0 |
| Grand Prairie, TX 75050 | Job Title: | Production Lead I | Addl. Percent: | N/A | |
| | Pay Rate: | $26.647500 | Addl. Amount: | | |

## HOURS AND EARNINGS

| | | ---- Current ---- | | ---- YTD ---- | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | | |
| Night Premium | 1.000000 | 1.32 | 1.32 | 1.39 | 1.39 | | | |
| Regular | 26.647500 | 35.77 | 953.18 | 108.32 | 2,886.46 | | | |
| Vacation | 26.647500 | 4.00 | 106.59 | 11.25 | 299.79 | | | |
| Company Hol Adjustments | | | | -8.00 | 0.00 | | | |
| Holiday Overtime | | | | 8.12 | 108.19 | | | |
| TOTAL: | | 41.09 | 1,061.09 | 121.08 | 3,295.83 | | | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 89.97 | 283.43 |
| Fed MED/EE | 13.54 | 42.25 |
| Fed OASDI/EE | 57.90 | 180.66 |
| Total: | 161.41 | 506.34 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 11.17 | 33.51 |
| Health Care Acct | 48.08 | 144.24 |
| Medical | 64.80 | 194.40 |
| Vision | 4.66 | 13.98 |
| **Total:** | **128.71** | **386.13** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 95.50 | 296.62 |
| S&R Loan | 34.99 | 104.97 |
| Basic Life | 1.38 | 4.14 |
| **Total:** | **131.87** | **405.73** |

## YTD ENTITLEMENTS

| Description | | | | Available |
|---|---|---|---|---|
| Carryover | Earned | Taken | Adjustments | Balance |
| Vacation | | | | |
| 20.00 | 120.00 | 11.25 | 0.00 | 128.75 |
| Medbank | | | | |
| | | | | 32.17 |
| Partner Holiday | | | | |
| 1.53 | 24.00 | 0.00 | 0.00 | 25.53 |
| Company Holiday | | | | |
| 24.72 | 8.00 | 0.00 | -8.00 | 24.72 |
| Emergency Medbank | | | | |
| 20.00 | 20.00 | 0.00 | 0.00 | 40.00 |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 1,061.09 | 933.76 | 161.41 | 259.20 | 640.48 |
| YTD | 3,295.83 | 2,913.84 | 506.34 | 787.72 | 2,001.77 |

| **NET PAY DISTRIBUTION** | |
|---|---|
| Advice #000000097313592 | 64.05 |
| | 576.43 |
| **Total:** | **640.48** |

| H-E-B, LP | | Pay Group: | 015-Dallas/Fort Worth | | Business Unit: | LSTRS |
|---|---|---|---|---|---|---|
| 646 S. Flores | | Pay Begin Date: | 01-05-2026 | | Advice #: | 000000097171662 |
| San Antonio, TX  78204 | | Pay End Date: | 01-11-2026 | | Advice Date: | 01-15-2026 |

| **Maria Teresa Rodriguez** | Employee ID: | 1214649 | **TAX DATA:** | **Federal** | **TX State** |
|---|---|---|---|---|---|
| 1920 W Tarrant Rd | Department: | 00055A50-CM Southlake Prepless - Juice | Marital Status: | Single | N/A |
| 83B | Location: | Southlake CM-Carroll/Southlake | Allowances: | 0 | 0 |
| Grand Prairie, TX  75050 | Job Title: | Production Lead I | Addl. Percent: | N/A | |
| | Pay Rate: | $26.647500 | Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 26.647500 | 36.43 | 970.77 | 72.55 | 1,933.28 | Fed Withholding | 90.33 | 193.46 |
| Vacation | 26.647500 | 3.50 | 93.27 | 7.25 | 193.20 | Fed MED/EE | 13.58 | 28.71 |
| Company Hol Adjustments | | | | -8.00 | 0.00 | Fed OASDI/EE | 58.07 | 122.76 |
| Holiday Overtime | | | | 8.12 | 108.19 | | | |
| Night Premium | | | | 0.07 | 0.07 | | | |
| TOTAL: | | 39.93 | 1,064.04 | 79.99 | 2,234.74 | Total: | 161.98 | 344.93 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / YTD ENTITLEMENTS

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **YTD ENTITLEMENTS** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | | | | Available |
| Dental | 11.17 | 22.34 | Roth 401k | 95.76 | 201.12 | Carryover | Earned | Taken | Adjustments | Balance |
| Health Care Acct | 48.08 | 96.16 | S&R Loan | 34.99 | 69.98 | Vacation | | | | |
| Medical | 64.80 | 129.60 | Basic Life | 1.38 | 2.76 | 20.00 | 120.00 | 7.25 | 0.00 | 132.75 |
| Vision | 4.66 | 9.32 | | | | Medbank | | | | |
| | | | | | | | | | | 31.41 |
| | | | | | | Partner Holiday | | | | |
| | | | | | | 1.53 | 24.00 | 0.00 | 0.00 | 25.53 |
| | | | | | | Company Holiday | | | | |
| | | | | | | 24.72 | 8.00 | 0.00 | -8.00 | 24.72 |
| | | | | | | Emergency Medbank | | | | |
| | | | | | | 20.00 | 20.00 | 0.00 | 0.00 | 40.00 |
| **Total:** | **128.71** | **257.42** | **Total:** | **132.13** | **273.86** | | | | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 1,064.04 | 936.71 | 161.98 | 259.46 | 642.60 |
| YTD | 2,234.74 | 1,980.08 | 344.93 | 528.52 | 1,361.29 |

| **NET PAY DISTRIBUTION** | |
|---|---|
| Advice #000000097171662 | 64.26 |
| | 578.34 |
| **Total:** | **642.60** |