Certificate Number: 17572-TXN-DE-040873108

Bankruptcy Case Number: 26-41686



17572-TXN-DE-040873108

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 18, 2026, at 7:44 o'clock PM PDT, Maria T Rodriguez completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   April 18, 2026                     By:     /s/Benjamin E Wunsch

Name:   Benjamin E Wunsch

Title:   Counselor