BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                              §
Maria Teresa Rodriguez                              §     Case No.:   26–41686–mxm7
                                                    §     Chapter No.:   7
                              Debtor(s)             §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  7/22/26                        FOR THE COURT:
                                       Stephen J Manz, Clerk of Court